# CIVIL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 5th FLOOR     TIME: 9:30 AM
## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 15-21016-CIV-ALTONAGA        Date: 5/28/15        End: 12:36

Clerk: Cherle R. Griffin        DAR No: 12:20:29

Court Reporter: N/A

Case Title: ALMEIDA V. FIRST CLASS RENT-A-CAR, INC., ET AL

P. Attorney(s): RODRIGO DA SILVA

D. Attorney(s): RENE GONZALEZ-LLORENS; JOSEPH PORTUONDO

Reason for Hearing: SETTLEMENT

Result of Hearing: SETTLEMENT CONFERENCE HELD. ORDER TO FOLLOW.